IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CYNTHIA A. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-6220-HU |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Alan S. Graf
ALAN STUART GRAF, PC
P. O. Box 98
Summertown, TN 38483

  Attorney for Plaintiff

Johanna Vanderlee
SOCIAL SECURITY ADMINISTRATION
Office of General Counsel
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

   Attorneys for Defendant

JONES, Judge:

Magistrate Judge Dennis J. Hubel filed Findings and Recommendation (#17) on October 1, 2007, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#17) dated October 1, 2007, in its entirety. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Findings and Recommendation (#17), including an order that pulmonary function tests be performed.

IT IS SO ORDERED.

DATED this 22nd day of October, 2007.

                    /s/ Robert E. Jones
                    ROBERT E. JONES
                    United States District Judge